254 F.2d 607
 STATE FARM MUTUAL AUTO INSURANCE COMPANY
v.
W. Vernon COLLINSWORTH et al.
 No. 5797.
 United States Court of Appeals Tenth Circuit.
 Feb. 11, 1958.
 
 Appeal from the United States District Court for the District of Utah.
 Rich & Strong, Salt Lake City, Utah, for appellant.
 Edwin B. Cannon and A. Wally Sandack, Salt Lake City, Utah, for appellee.
 Before BRATTON, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed on motion of appellant.